AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>KELVIN SANKER<br><br>Defendant | Case: 1:24-cr-00109<br>Assigned To : Judge Dabney L. Friedrich<br>Assign. Date : 4/11/2024<br>Description: Superseding Indictment (B)<br>Related Case: 24-cr-109 (DLF) |

U.S. MARSHAL-DC 9:49:24
RECEIVED APR 12 '24

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  KELVIN SANKER
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Phencyclidine;

FORFEITURE: 21 U.S.C. § 853(a) and (p); 18 U.S.C. 924(d); 28 U.S.C. § 5861(c)

Date:   04/11/2024

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ZIA M. FARUQUI U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 4/12/24, and the person was arrested on *(date)* 4/17/24
at *(city and state)* Washington, D.C.

Date: 4/17/24

*Arresting officer's signature*

Casey White, SA FBI
*Printed name and title*